IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-03322-RBJ

STEVE MASSANO, an individual;
KYLER MASSANO, a minor and through his
Guardian ad litem, Steve Massano,

    Plaintiffs,

v.

YAMAHA MOTOR CORPORATION, U.S.A., a California corporation;
YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA,
a Georgia corporation; and
YAMAHA MOTOR COMPANY LTD., a foreign business entity,

    Defendants.

## ORDER TO SET STATUS/SCHEDULING CONFERENCE

This matter comes before the Court *sua sponte*. The parties are ordered to set a status/ scheduling conference in this Court (with Judge Jackson) no later than 45 days after service of this order. Each party's lead trial counsel shall attend the conference unless lead counsel is outside of the Denver metro area. In that event, counsel may appear by telephone. The conference shall be held in Courtroom A-702, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are directed to jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date.

DATED this 21st day of December, 2011.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge