IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-03322-RBJ

STEVE MASSANO, an individual;
KYLER MASSANO, a minor and through his
Guardian ad litem, Steve Massano,

    Plaintiffs,

v.

YAMAHA MOTOR CORPORATION, U.S.A., a California corporation;
YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA,
a Georgia corporation; and
YAMAHA MOTOR COMPANY LTD., a foreign business entity,

    Defendants.

## ORDER GRANTING DEFENDANT'S
## MOTION TO WITHDRAW CERTAIN COUNSEL OF RECORD

THIS MATTER having come before this Court, upon Defendants' Motion to Withdraw Certain Counsel of Record (Docket #12), the Court having been advised in the premises, and good cause being shown, it is:

HEREBY ORDERED said Motion is GRANTED. The following attorneys shall have their appearance withdrawn in the case:

| | |
|---|---|
| Frederick Choi, Esq. | Kara MacCartie Stewart, Esq. |
| Robert K. Miller, Esq. | Linsey Walker West, Esq. |
| Lawrence R. Ramsey, Esq. | Dinsmore & Shohl, LLP-Lexington |
| Bowman & Brooke, LLP–Gardena | 250 West Main Street |
| 879 West 190th Street, Suite 700 | Lexington Financial Center, Suite 1400 |
| Gardena, CA 90248 | Lexington, KY 40507 |

Thomas E. Fennell, Esq.
Jones Day–Dallas
2727 North Harwood Street
Dallas, TX 75201-1515

Yamaha Defendants shall continue to be represented by attorneys Kenneth H. Lyman and Peter C. Middleton of Hall & Evans, LLC, Denver, Colorado.

Dated this 4th day of January, 2012.

BY THE COURT:

_____
Judge R. Brooke Jackson
United States District Judge